UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:16-cv-00021-KKC
*Filed Electronically*

**In re:  2411 Highway 149, Manchester, KY 40962**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.

LESLIE HOSKINS, ET AL.                                                                   DEFENDANTS

## ORDER

This matter having come before the Court upon the Motion of the Plaintiff, United States of America, to dismiss Unknown Spouse of Lizzie as a Defendant in this action, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Dismiss be and the same is hereby **SUSTAINED**.  Unknown Spouse of Lizzie is dismissed as a Defendant in this matter.

Date: _____                                    _____
                                                                                 UNITED STATES DISTRICT JUDGE
                                                                                 EASTERN DISTRICT OF KENTUCKY

PREPARED BY:

By: /s/ Melissa R. Dixon____
Attorney for the Plaintiff:
R. Scott Wilder/ Melissa R. Dixon
Gambrel & Wilder Law Offices, PLLC
1222 ½ N. Main St. Ste. 2
London, KY 40741
(606) 878-8906
Fax: (606)878-8907

1

Distribution:

Electronically via CM/ECF:   Plaintiff

By US Mail:   Defendants