UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:16-cv-00021-KKC
*Filed Electronically*

**In re: 2411 Highway 149, Manchester, KY 40962**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | |
| LESLIE HOSKINS, ET AL. | DEFENDANTS |

**ORDER**

This matter having come before the Court upon the Motion of the Plaintiff, United States of America, to join Unknown Spouse of Lester Smith, as an indispensable party, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Join Indispensable party be and is **SUSTAINED**. Unknown Spouse of Lester Smith, is hereby joined as a defendant to this matter.

Date: _____                    _____
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF KENTUCKY

DISTRIBUTION:
ECF Notification to Plaintiff's Attorney

Via United States Mail:     Defendants

1